## BANNING MICKLOW & BULL LLP

| | ATTORNEYS AT LAW | |
|---|---|---|
| **Kurt Micklow**<br>Partner<br>E-mail:kmicklow@<br>banningmicklow.com | One Market, Steuart Tower • Suite 1440<br>San Francisco, California 94105-1528<br>(415) 399-9191<br>Telecopier (415) 399-9192<br>E-mail: info@banningmicklow.com | SAN DIEGO<br>•<br>SAN FRANCISCO<br>•<br>AMERICAN SAMOA<br>•<br>LONDON |

September 19, 2006

**VIA E-FILING**

Hon. Maxine M. Chesney      Hon. Vaughn R. Walker
United States District Court     United States District Court
450 Golden Gate Avenue     450 Golden Gate Avenue
San Francisco, CA 94102     San Francisco, CA 94102

Re: <u>Steven M. Kravitz v. United States of America</u>,
U.S. District Court Northern District of California
Case No: C 06-1402 MMC

<u>Steven M. Kravitz v. United States of America and
Patriot Contract Services, LLC</u>, U.S. District Court Northern District
of California, Case No: C 06 2312 VRW

Dear Chief Judge Walker and Judge Chesney:

      On June 14, 2006, we e-filed a letter to the Court stating that we represented the plaintiff seaman, Steven M. Kravitz, in the above referenced cases prior to his death. Neither complaint had been served. We suggested that the Court extend the impending case management deadlines for several months to allow Mr. Kravitz' widow and estate representative some time to decide whether the heirs or estate intended to appear and prosecute the above cases as wrongful death or survival actions. The Court graciously afforded Mr. Kravitz' estate and heirs more time by issuing orders continuing the initial case management conference until October 6, 2006 (in Case No: C 06-1402 MMC), and until September 26, 2006 (in Case No: C 06 2312 VRW).

1

During the past two months, we have had several telephone conversations with Mr. Kravitz' widow, Maria Kravitz, and his mother, Judy Kravitz. They are the closest surviving relatives and Maria is the representative of Mr. Kravitz' estate. They reside in Vancouver, Washington. Although they initially expressed a desire to find counsel and attempt to prosecute the cases as death and/or survival actions, they each confirmed to me yesterday in a telephone conversation that they have decided to not pursue any claims arising out of Mr. Kravitz' personal injuries and death. Neither complaint has been served on any defendant. Accordingly, it appears that these two cases may be dismissed at this time.

Because we no longer represent a party plaintiff in these cases, the dismissal should be without prejudice and by order of the Court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. To assist the Court, we have taken the liberty of drafting and attaching a proposed form of dismissal for each action. If the Court has any questions, please have your staff call the undersigned at any time. Thank you for your consideration.

                      Respectfully,

                      /s/ Kurt Micklow

                      Kurt Micklow
                      Eugene A. Brodsky

Attachments
KLM/td

cc:    Maria Kravitz (via U.S. Mail)
        Judy Kravitz (via U.S. Mail)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN M. KRAVITZ, | ) | CASE NO. C06 1402 MMC |
| Plaintiff, | ) | **DISMISSAL** |
| vs. | ) | **{Fed. R. Civ. P. Rule 41(a)(2)]** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Having reviewed the correspondence of former counsel for Plaintiff Steven M. Kravitz, deceased, dated June 14, 2006 and September 19, 2006, and good cause appearing therefore,

    IT IS HEREBY ORDERED that this action is DISMISSED.

DATED: _____       _____
                                                                                                Maxine M. Chesney
                                                                   UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. KRAVITZ, | Case No: C 06 2312 VRW |
| Plaintiff, | **DISMISSAL** |
| vs. | **{Fed. R. Civ. P. Rule 41(a)(2)]** |
| UNITED STATES OF AMERICA, PATRIOT CONTRACT SERVICES, LLC, | |
| Defendants. | |

Having reviewed the correspondence of former counsel for Plaintiff Steven M. Kravitz, deceased, dated June 14, 2006 and September 19, 2006, and good cause appearing therefore,

IT IS HEREBY ORDERED that this action is DISMISSED.

DATED: September 28, 2006

_____
Vaughn R. Walker
UNITED STATES DISTRICT JUDGE